# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **STEVE CLIFF #142970,** | : | |
| Plaintiff, | : | |
| vs. | : | **CIVIL ACTION 08-0446-CG-M** |
| **CHRISTOPHER EARL,** | : | |
| Defendant. | : | |

## JUDGMENT

It is **ORDERED, ADJUDGED**, and **DECREED** that Plaintiff's Complaint be and is hereby **DISMISSED** without prejudice.

**DONE** this 31st day of July, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE